Michael Bellesfield
   Plaintiff, Pro-Se
PO Box 31704
Mesa, AZ  85275
480-215-9066
net_workz@hotmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Bellesfield<br><br>Plaintiff,<br><br>v.<br><br>Mountain View Tours, Inc.<br><br>Defendant. | Case # 2:19-CV-02038-PHX-SMB<br><br>**NOTICE OF SETTLEMENT**<br><br>(Hon. Susan M. Brnovich) |

    In accordance with FRCP Rule 41(a)(1)(A) and Rule 41(a)(1)(A)(ii), the parties hereby report that this matter has settled in all respects, including Plaintiff's claims for Hostile Work Environment in employment in violation of 42 U.S.C. §2000e2(a), Retaliation for having reported or opposed sex discrimination in violation of 42 U.S.C. 2000e (2)(a)(i), State Law Hostile Work Environment in violation of A.R.S. 41-1463(B) and State Law Retaliation for having reported or opposed sex discrimination in violation of A.R.S. 41-1464(A).

    The parties are currently preparing a written settlement agreement.
    Shortly thereafter, the parties will be filing a motion for dismissal with prejudice.

Dated: __June 16,__ 2020

/s/__Michael Bellesfield__

Michael Bellesfield
   Plaintiff, Pro-Se

## CERTIFICATE OF SERVICE

I hereby certify that on _June 16_, 2020, I served the attached document by First Class U.S. Mail and via e-mail on the following, who are also registered participants of the CM/ECF System:

Thom K. Cope;
Guadalupe Garcia

MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Attorneys for Mountain View Tours, Inc.


By: /s/ _Michael Bellesfield_

    Michael Bellesfield
      Plaintiff, Pro-Se
    PO Box 31704
    Mesa, AZ  85275
    480-215-9066
    net_workz@hotmail.com