Michael Bellesfield
   Plaintiff, Pro-Se
PO Box 31704
Mesa, AZ  85275
480-215-9066
net_workz@hotmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Bellesfield<br><br>    Plaintiff,<br><br>v.<br><br>Mountain View Tours, Inc.<br><br>    Defendant. | Case # 2:19-CV-02038-PHX-SMB<br><br>**PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a) (1)**<br><br>(Hon. Susan M. Brnovich) |

    Plaintiff hereby files this Motion for Dismissal with Prejudice, including a request that the Court retain jurisdiction to interpret and enforce the terms of settlement.

    In accordance with FRCP Rule 41(a)(1)(A) and Rule 41(a)(1)(A)(ii), the parties hereby report that this matter has settled in all respects, including Plaintiff's claims for Hostile Work Environment in employment in violation of 42 U.S.C. §2000e2(a), Retaliation for having reported or opposed sex discrimination in violation of 42 U.S.C. 2000e (2)(a)(i), State Law Hostile Work Environment in violation of A.R.S. 41-1463(B) and State Law Retaliation for having reported or opposed sex discrimination in violation of A.R.S. 41-1464(A).

    The parties have prepared a written settlement agreement between them to their mutual satisfaction.

    A proposed Order for Dismissal with Prejudice will be sent to the court in a separate, non-ECF generated e-mail message to chambers' e-mail address.

Dated: ___June 16___, 2020

/s/__Michael Bellesfield___

Michael Bellesfield
   Plaintiff, Pro-Se
PO Box 31704
Mesa, AZ  85275
480-215-9066
net_workz@hotmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on ___June 16___, 2020, I served the attached document by First Class U.S. Mail and via e-mail on the following, who are also registered participants of the CM/ECF System:

Thom K. Cope;
Guadalupe Garcia

MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Attorneys for Mountain View Tours, Inc.

By: /s/__Michael Bellesfield___

   Michael Bellesfield
     Plaintiff, Pro-Se
   PO Box 31704
   Mesa, AZ  85275
   480-215-9066
   net_workz@hotmail.com