# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Bellesfield, | No. CV-19-02038-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Mountain View Tours Incorporated, | |
| Defendant. | |

The Court having reviewed Plaintiff's Motion for Dismissal with Prejudice (Doc. 52) and finding no answer of Defendant, and otherwise being fully advised,

**IT IS HEREBY ORDERED** granting the Motion and dismissing this matter with prejudice.

Dated this 17th day of June, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge